IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY GOREE, et al.,

        Plaintiffs,

vs.                                                          Civ. No. 00-1227 LH/WWD ACE

WACKENHUT CORRECTIONS CORPORATION,
et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiffs' Objections to Magistrate Judge's Memorandum Opinion and Order (Docket No. 71 ) filed June 11, 2001. The Plaintiffs' pleading asks for reconsideration of the requirement of a "confidentiality order" which was contained in my Memorandum Opinion and Order entered May31, 2001. Treating the Plaintiffs' "Objections" as a motion for reconsideration since that term is used by the Plaintiffs in seeking relief, and considering that Defendant Wackenhut does not oppose dispensing with the requirement of a confidentiality order; the Plaintiffs' request is **GRANTED**. The requirement of a confidentiality order in my Memorandum Opinion and Order of May 31, 2001 shall be **STRICKEN**.

      **IT IS SO ORDERED.**

                                                                             _____
                                                                             UNITED STATES MAGISTRATE JUDGE