IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY GOREE, et al.,

       Plaintiffs,

vs.                                                   Civ. No. 00-1227 LH/WWD ACE

WACKENHUT CORRECTIONS CORPORATION,
et al.,

       Defendants.

MEMORANDUM OPINION AND ORDER

       This matter comes before the Court upon the Motion to Compel No. INTERROGATORY #: Plaintiffs' Failure to Respond to State Defendants' Interrogatories and Requests for Production and for Sanctions [docket no. 83] filed by Secretary Robert J. Perry and Director John Shanks ("State Defendants") on June 28, 2001. No response to the motion has been filed.

       **WHEREFORE,**

       **IT IS ORDERED** that Motion to Compel No. II be, and it is hereby, GRANTED.

       **IT IS FURTHER ORDERED** that on or before August 10, 2001, Plaintiffs Danny Goree, James Henry, Steve Hilliard, Calvin Jackson, Richard Montano, Antonio Morgan, Victor Richardson, Moses Rodriguez, and Robin Thomas shall furnish full and complete answers to State Defendants' First Set of Interrogatories propounded to them by State Defendants.

       **IT IS FURTHER ORDERED** that on or before August 10, 2001, Plaintiffs Danny Goree, James Henry, Steve Hilliard, Calvin Jackson, Richard Montano, Antonio Morgan, Victor

Richardson, Moses Rodriguez, and Robin Thomas shall make full and complete responses to State Defendants' First Set of Requests for Production.

**FINALLY, IT IS ORDERED** that State Defendants prayer for attorney fees and costs incurred in making this motion be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE